FILED26 DEC '12 11:52USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE ☐ MEDFORD ☐ PORTLAND ☒ DIVISION

Paul John Reid Dawson #14467777,

*(Enter full name of plaintiff(s))*

Plaintiff(s)

V.

Dr. John Vargo, Dr. Elliot-Blakeslee, Dr. Diehl, Dr. Garth Gulick, NP Heidi Miller, Jane Doe nurse, Nurse Underhill, Jane Doe II,

*(Enter full name of ALL defendant(s))*

Defendant(s)

Civil Case No. 3:12-cv-02344 SI
*(to be assigned by Clerk of the Court)*

**PRISONER CIVIL RIGHTS COMPLAINT**

## I.

A.  Have you brought any other action or appeal in a court of the United States while a prisoner?

  Yes ☐    No ☒

B.  If your answer to A is yes, how many? ____. Describe the lawsuit(s) in the spaces below. *(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)*

  1.  Parties to the previous lawsuit:

    Plaintiff(s): _____

    Defendant(s): _____

  2.  Court: _____

  3.  Docket Number: _____

  4.  Name of judge to whom case was assigned: _____

## Jurisdiction & Venue

This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of State law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Claims for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure. This court has supplemental jurisdiction over plaintiff's state law claim under 28 U.S.C. Section 1367

Page 1

5. Disposition (Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing: _____

7. Approximate date of disposition: _____

## II.

A. Place of confinement: _____

B. Is there a prisoner grievance procedure in this institution?

   Yes ☒    No ☐

C. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒    No ☐

   If the answer is no, explain why not: _____

D. Is the grievance process completed?

   Yes ☒    No ☐

## III. PARTIES

*(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)*

A. Name of plaintiff: Paul John Reid Dawson

   Security Identification No: 14467777

   Address: 777 Stanton Blvd.

   Ontario, OR 97914

*(In item B. place the full name of each defendant, his/her official position, and his/her place of employment.)*

B. Defendant Dr. John Vargo is employed as Doctor at Oregon State Penitentury (OSP) - he is sued in his individual capacity

   Defendant J. Elliot-Blakeslee is employed as Doctor at Snake River Correctional Institution (SRCI) - she is sued in her individual capacity

Defendant __Jane Doe__ is employed as __Nurse__ at __Snake River Correctional Institution__. Is sued in individual capacity

Defendant __Dr. Diehl__ is employed as __Doctor__ at __Eastern Oregon Correctional Institution (EOCI)__ - Sued in his individual capacity.

Defendant __Heidi Miller__ is employed as __Nurse Practioner__ at __Eastern Oregon Correctional Institution__. Sued in her individual capacity.

Additional defendants: Defendant is employed as a nurse at E.O.C.I as Jane Doe II. Defendant Garth Gulick is employed as a Doctor at S.R.C.I. - Each defendant named is being sued in their individual and official capacitys. Each additional defendant as well. All defendants have acted and continue to act under color of state law at all times relevant to this complaint.

## IV. STATEMENT OF CLAIM

### Claim I.

State what right under the Constitution, laws, or treaties of the United States has been violated.

The failure of defendants Vargo, Elliot-Blakeslee, Doe, Diehl, and Miller to properly diagnos plaintiff Dawsons serious medical need of a vocal cord cyst/tumor constitutes the tort of negligence under the law of Oregon. Causing plaintiff physical pain and suffering, physical injury and mental distress.

**Supporting Facts:** *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)* At all times relevant to this case Plaintiff Dawson was in the custody of the Oregon Department of Corrections. (ODOC)

From November 2009 through August 2011, the plaintiff signed up for sick calls at OSP, SRCI, and E.O.C.I. Plaintiff Dawson would complain of intense ongoing pain in the throat and vocal cords. Plaintiff would explain that he needed to see a E.N.T. doctor because the pain was too low in the throat. ODOC does not have proper medical devices. Plaintiff was diagnosed with "Allergies" by Doctors Vargo, ElliotBlakeslee, and Diehl. Nurse Doe told plaintiff to buy hard candy and sniff salt. Dr. Vargo flushed plaintiffs ears. During this 21 month period a cyst/tumor grew on plaintiffs vocal cord causing extreme pain, trouble talking, breathing, swallowing, and preventing exercise causing plaintiff to gain 60 pounds. Two surgeries were required along with anesthesia, intense pain meds, $CO_2$ lasers, steriods, liquid diets, loss of voice for over a week, numbing of throat to eat, enemas,

and loss of wages. Along with the pain, these factors affected plaintiffs daily activities significantly. Also causing extreme stress, fear, depression, and anxiety along with plaintiffs current mental illnesses. These were the factors and mental injuries plaintiff had because he might lose his voice permanently. This is a clear misdiagnosis, malpractice, and negligent act.

### Claim II.

State what right under the Constitution, laws, or treaties of the United States has been violated.

The failure of Defendants Vargo, Elliot-Blakeslee, Doe, and miller and Diehl to properly treat Plaintiff Dawsons serious medical need due to admitted deficiencies in the prison medical system causing a higher risk and harm to plaintiff shows deliberate indifference under the 8th Amendment of the United States Constitution. This causing plaintiff physical pain and suffering, physical injury and mental distress

**Supporting Facts:** *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

On or about 12-15-2009 Plaintiff went to see defendant Vargo about vocal pain. Defendant Vargo proceeded to flush plaintiffs ears with water and took down plaintiffs throat making the comment, "I can't see a problem with your vocal cords." On or about 5/27/10, Defendant Doe told plaintiff to "buy hard candy off Canteen and to gargle and sniff salt water because SRCI does not have proper medicine to soothe throat pain." On 3-22-11 Defendant Elliot-Blakeslee noted plaintiff had an extreme pain when swallowing. Defendant Elliot-Blakeslee told plaintiff that she "doesn't have any equipment to view the lower throat because the prisons budget is cheap." On 7-25-11 Plaintiff told the nurse that his "voice goes away at times." Defendant Miller, on 8-9-11 stated "I highly doubt your voice disappears magically!" She also made a comment on my attempts to see a doctor or ENT on 7-25-11 saying "A doctor out there isn't gonna be able to find your disappearing voice. Defendant Diehl attended this appointment and made derisive comments "We all know your not dying". These acts of deliberate indifference allowed the cyst to grow and cause chronic pain when defendants knew there was a problem in plaintiff's vocal reigon and there were deficiencies in the prisons medical care system that caused a higher risk and harm to plaintiff. This caused physical and mental injuries and stress for plaintiff feared for the loss of his voice permanently.

## Claim III.

State what right under the Constitution, laws, or treaties of the United States has been violated.

By failing to inquire into essential facts that are necessary to make a medical decision, Defendants Vargo, Elliot-Blakeslee, Doe, and Miller violated the 14th Amendment of the United States Constitution and caused plaintiff pain, suffering, physical injury and emotional distress.

**Supporting Facts**: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

On 12-15-09 On January 8, 2009 when plaintiff went to see Defendant Vargo about vocal pain, and using water defendant flushed; defendant said flushing the ears will help; Defendant Vargo violated plaintiff's rights. By doing nothing at all on numerous recorded dates to address plaintiffs vocal and throat issues although noting extreme distress in plaintiffs voice; Defendant Elliot-Blakeslee violated Plaintiff Dawsons rights. By re-prescribing Augmentin after SRCI medical staff took plaintiff off because this drug aggravated the vocal pain; Defendant Miller violated plaintiffs rights. On May 27, 2010 when Defendant Jane Doe told plaintiff to buy candy and sniff salt; Defendant Doe violated plaintiffs rights when he was seeking medical treatment for his throat. These incidents of defendants failing to inquire into facts that are necessary to make a medical decision created a worsened vocal cord injury, emotional and mental stress along with prolonged chronic pain. Plaintiff feared he would never be able to talk again. Also the loss of his skilled vocations of marketing and singing.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## Claim II

State what right under the Constitution, laws, or treaties of the United States has been violated.

By denying Plaintiff Dawson access to medical personnel who were qualified to exercise judgement about this particular medical problem for 21 months; Defendants Vargo, Elliot-Blakeslee, and Diehl violated Plaintiff Dawsons rights under the 14th Amendment of the United States. Thus causing plaintiff pain, suffering, physical injury and emotional distress.

### Supporting facts:

On or about 12-15-2009, Defendant Vargo violated plaintiff's rights by using a "popsickle stick" or tounge press to flatten plaintiffs tounge to look down his throat and saying, "Everythings fine." Defendant then denied a request for an ENT visit. On or about 3-22-11, Defendant Elliot-Blakeslee said she "doesn't have any equipment to view the lower throat because the prison budget is cheap"; defendant violated Plaintiffs rights. On 5-31-11, Defendant Diehl ordered an allergy medicine for plaintiff and stating that "18 months of vocal hoarsness and pain is a normal occurence of allergies." This violating plaintiffs rights. These incidents created a worsend vocal cord injury, emotional and mental distress along with prolonged chronic pain. Plaintiff feared that he would permanently lose his voice and his proffessions of marketing and singing.

Claim IV

State what right under the Constitution, laws, or treaties of the United States has been violated. — By Defendant Diehl & By nurse Practitioner, Defendant Miller re-prescribing a medication that had previously caused the plaintiff extreme pain (Augmentin) in the problematic area; Defendant Miller showed deliberate indifference under the 8th Amendment of the Constitution of the United States of America. This causing Plaintiff physical pain and suffering and emotional and mental distress

Supporting facts:

On or about March 22, 2011, Plaintiff Dawson reported to medical staff that the drug Augmentin was not helpful at all and worsened his vocal pain and throat pain and made swallowing very painful. Medical staff discontinued this drug to protect Plaintiff. On or about August 26, 2011, Defendant Miller re-prescribed this harmful medication to Plaintiff knowing that he suffered during the last course. On September 6, 2011, Plaintiff reported to medical staff that his throat is getting worse on the drug and he is in pain more extreme than usual. He was ordered to stop taking Augmentin immediately. Defendant Miller showed deliberate indifference to Plaintiff's serious medical need, thus violating his 8th Amendment rights. This incident caused a worsened injury, physical pain and suffering and mental and emotional distress for Plaintiff feared he would lose his voice permanently along with his skilled trades of marketing and recording arts. Plaintiff had anxiety attacks that Defendant Miller would continue to provide medications that would harm him. — On June 1, 2010, Defendant Elliot-Blakeslee prescribed Plaintiff an allergy medicine called Zyrtec. On January 27, 2011 SRCI staff removed patient Dawson from Zyrtec because it proved ineffective and made voice hurt more. On May 31, 2011, Defendant Diehl represcribed Zyrtec disregarding plaintiff's health and violating all above listed rights as Defendant Miller and causing the same physical and emotional damage.

Claim VI

State what right under the Constitution, laws, or treaties of the United States has been violated.

By informing Plaintiff Dawson that she couldn't treat his gums because of his race, thus not providing adequate medical care; Defendant Doe II showed discrimination under the 14th Amendment of the United States Constitution and caused Plaintiff Dawson pain, suffering, physical injury and emotional distress.

Supporting facts:

On June 28, 2011 Plaintiff Dawson signed up for sick call. Defendant Doe II was assigned nurse. Plaintiff explained to defendant that his vocal cords were burning and the pain was shooting up into the gums. Plaintiff thought that toothpaste might help because the SHU/DSU only provided baking soda for oral cleansing. Defendant made the comment, "Well you're very black and I don't know how to treat these kind of gums. Your gums are different..." Defendant also wrote similar statement in Plaintiff Dawsons medical file. This racial discrimination affected plaintiff's health by causing a worsened vocal cord injury, emotional and mental distress because Plaintiff feared that he would continue to recieve inadequate medical care based on skin color alone. This also caused prolonged chronic pain.

Claim VIII

State what right under the Constitution, laws, or treaties of the United States has been violated. Defendant Garth Gulick showed deliberate indifference towards a serious medical need by failing to carry out medical orders under the 8th Amendment of the Constitution of the United States. Thus causing Plaintiff pain, suffering, physical injury and emotional distress.

Supporting facts:

On June 12, 2012, outside ENT doctor learned that Plaintiff Dawsons previously cystic vocal cord was now partially paralyzed. The ENT said this condition is rare and wanted plaintiff to get a CT scan and begin taking Omeprazole to combat any acid build-up around the vocal cords; thus preventing pain. Plaintiff was moved to a different prison the following day. Upon arrival Plaintiff immediately began asking for his Omeprazole at sick call. Nurses continued to forward requests to Defendant Gulick and these numerous requests were ignored. Dawson continued to ask two times a week, as that is the maximum amount of sickcall chart reviews allowed per week. On or about September 5, 2012, Some eighty-five days later, Defendant decided to fill Plaintiffs Omeprazole prescription. By failing to carry out physicians orders to provide a medication that would ease vocal pain and protect plaintiff from further harm; Defendant Gulick created a worsened vocal cord injury and emotional and mental distress, for patient feared he would never get helpful medicine and lose his vocal cord permanently. This incident also caused chronic pain and prolonged chronic pain.

Page 10

Claim VIII

State what right under the Constitution, laws, or treaties of the United States has been violated By Defendants Elliot-Blakeslee, Doe, and Diel misdiagnosing plaintiff with allergies when there was a cyst/tumor growing in his throat; Defendants violated Plaintiffs rights under the 14th Amendment of the United States. This causing Plaintiff chronic pain, emotional distress, and mental distress.

Supporting facts:

On May 27, 2010, Defendant Doe diagnosed Plaintiff with allergies and gave recomendation for treatment. On June 1, 2010, Defendant Elliot-Blakeslee diagnosed plaintiff with allergies and prescribed Zyrtec, an allergy medication. On May 31, 2011, Defendant Diehl diagnosed plaintiff with allergies and prescribed zyrtec. Plaintiff was found to never have had allergies, rather, a cyst/tumor growing on his vocal cord. This incident caused a worsened vocal cord and physical injury, mental and emotional distress along with prolonged chronic pain. Plaintiff feared he would never get a proper diagnosis and would lose his voice permanently.

Page 11

Claim VIIII

State what right under the Constitution, laws, or treaties of the United States has been violated.

By Defendants Vargo, Elliot-Blakeslee, Doe, Miller, Diehl failing to provide Plaintiff with timely treatment of medical care which led to a physical injury of the vocal cord by partial paralysis; defendants violated the 14th Amendment of the Constitution of the United States. This causing plaintiff chronic pain, emotional and mental distress.

Supporting facts:

Causation. After discovering the cyst plaintiff was treated "ASAP" as outside physician ordered. In April, 2012 Plaintiff Dawson experienced pain and returned to physician where he learned that the previously cystic vocal cord was now partially paralyzed. This rare diagnosis required plaintiff to travel to Caldwell, Idaho for testing and multiple trips from SRCI to EOCI totalling hundreds of miles. The partially paralyzed vocal cord causes plaintiff pain while talking or singing for more than 15 minutes. Plaintiffs outside careers were marketing and recording arts. Both vocations require heavy use of the vocal cords. Patient can no longer continue in those career fields due to above named defendants delay in getting plaintiff to a ENT. The delay was 21 months. Not being able to work these skilled professions again is very mentally and physically depressing and causes the plaintiff panick attacks. There is also chronic pain. Plaintiff Dawson has no plain or adequate or complete remedy to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of defendants unless this court grants the declatory, monetary, and injunctive relief which plaintiff seeks.

Page 12

## V. Relief

State briefly exactly relief you are seeking. Make no legal argument. Cite no cases or statutes.

WHEREFORE, plaintiff respectfully prays that this court enter judgment granting plaintiff:

- A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States and State laws.

- A preliminary and permanent injunction ordering defendants to forward all Ear, Nose, and throat complaints to a qualified physician for review. Thus preventing future violations in ODOC.

- A preliminary and permanent injunction ordering defendant Doe II to take medical diversity training for racial purposes.

- Award compensatory damages in the following amounts:
  - $483,212 jointly and severally against defendants Vargo, Elliot-Blakeslee, Diehl, and Miller for their failure to provide adequate medical care to plaintiff which caused physical and emotional injuries and loss of future wages.
  - $152,012 jointly and severally against defendants Doe and Doe II from their failing to provide adequate medical care to plaintiff and racial discrimination which caused plaintiff physical and emotional injuries and loss of future wages.
  - $32,005 jointly and severally against defendant Gulick for failing to follow medical procedures which caused patient physical and emotional injuries and loss of future wages.

- Award punitive damages in the following amounts:
  - $129,806 each against defendants Vargo, Elliot-Blakeslee, Diehl, and Miller;
  - $34,210 against each defendant Doe and Doe II;
  - $10,215 each against defendant Gulick

- A jury trial on all issues triable by jury
- Plaintiff's costs in this suit
- Any additional relief this court deems just.

## V. RELIEF

*State briefly exactly relief you are seeking. Make no legal arguments. Cite no cases or statutes.*

- Issue a declaration
- Issue an injunction
- Compensatory damages
- Punitive damages
- Additional relief, jury, costs
→ See previous page for details.

SIGNED this _19_ day of _December_, 20_12_.

_Paul M. Dausne_

(Signature of Plaintiff(s))